620

445 A.2d 243

Commonwealth v. Ilgin, Appellant.

Argued June 23, 1981.
Steven V. Manbeck, Public Defender, for appellant; Michael Johnston, District Attorney, for Commonwealth, appellee.

Before PRICE, JOHNSON and SHERTZ, JJ.

Judgment of sentence affirmed.

SHERTZ, J., did not participate in the consideration or decision of this case.

445 A.2d 243

Commonwealth v. Lee, Appellant.

Submitted June 3, 1981. Emmanuel Lee, appellant, in propria persona; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, McEWEN and MONTEMURO, JJ.

Order affirmed.